AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

## UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| Stephen Fuhri | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 17-cv-50108 |
| WD Services, LLC. | ) | |
| *Defendant* | ) | |

FILED
U.S. DISTRICT COURT
2019 JAN -7  P 2: 50
DISTRICT OF UTAH
DEPUTY CLERK

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 02/16/2018.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 11/30/18

CLERK OF COURT

*(Signature of Clerk or Deputy Clerk)*

Case 2:19-mc-00014 Document 1 Filed 01/07/19 Page 2 of 3

ILND 450 (Rev. 10/13) Judgment in a Civil Action      Case: 3:17-cv-50108 Document #: 31 Filed: 02/16/18 Page 1 of 1 PageID #:87

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Stephen Fuhri,

Plaintiff(s),

v.

WD Services, LLC,

Defendant(s).

Case No. 17 C 50108
Judge Frederick J. Kapala

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
BY _____
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: 11/30/18

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes      pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Default judgment is entered in favor of plaintiff Stephen Fuhri and against defendant WD Services, LLC as to the TCPA claim alleged in Count II in the amount of $147,500.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Frederick J. Kapala on a motion for entry of default judgment.

Date: 2/16/2018

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk

LAW OFFICE
**STEPHEN B. ELGGREN, PC.**
PO Box 709598, Sandy, UT 84070-9598
Phone (801) 304-3600
www.utahcollections.com

Stephen B. Elggren (0970)

E-mail steve@evlaw.net

December 27, 2018

U.S. DISTRICT DISTRICT COURT CLERK
350 So Main #150
Salt Lake City UT 84101

*Re: STEPHEN FURHI vs. WD SERVICES LLC*
*No: 18000549*

To Whom it May Concern:

    Please file the enclosed judgment and let us know the local case number since this office represents Stephen Furhi regarding the above account. Please send all further correspondence to our office at the address listed above.

Yours very truly,

STEPHEN B. ELGGREN, PC.

Stephen B. Elggren

F:\REPORTS\180\18000549\Letter to court.wpd